[6ord13a] [ORDER APPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
Case No. 6:05−bk−05500−KSJ  
Chapter 13

Mary Bettina Bakrania  
2301 Water View Loop  
Kissimmee, FL 34743

_____Debtor(s)_____/

ORDER APPROVING APPLICATION TO
PAY FILING FEES IN INSTALLMENTS

   The debtor(s) having paid $30.00 of the miscellaneous administrative noticing fee and $20.00 with the filing of the petition.

   IT IS ORDERED that the debtor pay the balance of the filing fee in installments on the terms set forth in the foregoing application.

   $48.00 on or before June 16, 2005 .

   $48.00 on or before July 16, 2005 .

   $48.00 on or before August 16, 2005 .

   If the debtor fails to make any installment payment by the time required, the Court will enter an order requiring that all unpaid installments shall be immediately due and payable; and, if not immediately paid, the Court will enter an order striking the petition and dismissing the case for failure to pay the required fees. Personal checks will not be accepted from debtors − only money orders or cashier's check made payable to Clerk, U.S. Bankruptcy Court.

   IT IS FURTHER ORDERED that, until the entire filing fee is paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

   DONE and ORDERED in Orlando, Florida, this 17th day of May, 2005

Karen S. Jennemann  
United States Bankruptcy Judge