# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE :

Mary Bettina Bakrania,

    Debtor

Case No *Ch 13*

Chapter *05-bk-05500 -KSJ*

Judge Karen S Jenneman

## EMERGENCY MOTION TO RE-INSTATE CASE AND RE-EFFECT AUTOMATIC STAY

I am Mary Bettina Bakrania, the Debor in the above styled case. I am not represented by an attorney. I would like to request this Honorable Court re-instate my case that was dismissed on Friday, June 3rd, for failure to file the schedules and plan. In support of this motion I respectfully advise the Court that I left the Central Florida area a few days after filing the petition and went out of state temporarilly as my mother was ill. I was forced to stay longer then planned bc I did not have transportation back. I returned Friday morning, only to find out the case had allready been dismissed a few hours prior. At the advice of the case manager; I am filing my required documents at this time along with the required installment of $ 50.00 and ask that the Court grant my motion to reinstate, or, in the alternative set this matter for a hearing that I may personally explain myself which I am glad to do.

Wherefore, I respectfully request the Court grant my motion to reinstate, or - in the alternative - set this matter for a hearing to be considered.

Submitted this 7th day of June, 2005
by :

                      Mary Bettina Bakrania
                      Debtor

IN RE :

Mary Bettina Bakrania,
         Debtor   **( cont'd )**

## **CERTIFICATE OF SERVICE**

I, Mary Bettina Bakrania, hereby certify that I mailed a copy of the above document to all the creditors as well as hand-delivered one to the Office of the Bankruptcy Trustee on this 7th day of June, 2005