FILED

JUN 09 2005

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

[✓] CHAPTER 13 PLAN        [ ] AMENDED PLAN DATED

Debtor(s)        Case No.

The projected disposable income of the debtor(s) is submitted to the supervision and control of the Trustee, and the debtor(s) shall pay to the Trustee by money order or cashier check commencing by the 30th day following the filing of the original Chapter 13 Plan the sum of $ _1,100_ for months No. 1 to month _2_ ; $ _1,100_ for month _2_ to month _3_ ; and $ _1,100_ for month _3_ to month _4_ . (Or see table on reverse hereof.) From the payments received, the Trustee shall make disbursements as follows:

PRIORITY: The Trustee percentage fee as set by the United States Trustee, AND:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| KUA | 725.00 | 10xx | 1-50 |
|  |  |  |  |

Continued on the next page?

SECURED:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Chase Manhattan Mortgage | 66,500 | 100 | 1-60 |
| Cypress Lakes Townhomes Assoc | 1,500 | 30 | 1-60 |
| Lakeside Estates Master Assoc | 400 | 25 | 1-60 |

Continued on the next page?

SECURED ARREARAGES:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Chase Manhattan | Included above | — | — |
| Cypress Lakes Townhomes | Included above | — | — |

Continued on the next page?

VALUATION OF SECURITY:

| Name of Creditor | Claim Amount | Valued Amount | Plus % Int. | Payment Amount | Payment Numbers |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Continued on the next page?

CREDITORS' LIENS TO BE AVOIDED:
Creditors' Names:

UNSECURED CREDITORS whose claims are allowed shall receive a pro rata share of the balance of funds remaining after payments to Priority and Secured creditors are made.
Approximate percentage: % _5%_

OTHER PROVISIONS:
1. Secured creditors shall retain their liens until their claims are paid in full.
2. Assumption or rejection of executory contracts and unexpired leases shall be accomplished by notice separate from this plan.

Dated: _6-5-05_     _____     _____
                    Signature of Debtor              Signature of Joint Debtor

Dated: _____
                    Attorney for Debtor