**[63ord05]** [Order Establishing Deadline for Making Payment]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:    Case No. 6:05–bk–05500–KSJ
    Chapter 13

Mary Bettina Bakrania
2301 Water View Loop
Kissimmee, FL 34743

_____Debtor(s)_____/

ORDER ESTABLISHING
DEADLINE FOR MAKING PAYMENTS

   The debtor in this case has filed a plan on June 9, 2005 , (Document No. 14 ).

   As directed in paragraph 6 (b) of the Order Establishing Duties of Trustee and Debtor, and Confirmation Procedures, Ordering Debtor's Compliance, Allowing Administrative Expenses, and Ordering Adequate Protection Payments entered on May 17, 2005 , (Document No. 5 ), the debtor is hereby directed to make payments to the Chapter 13 standing trustee. Debtor is reminded that all creditors must receive payment under the plan unless ordered otherwise.

    The first payment shall be made by July 14, 2005 and sent to Laurie Weatherford, Trustee, at Post Office Box 1103, Memphis, TN 38101–1103. All subsequent payments must be made by the 14th of each month. Upon any default in payment, the Chapter 13 trustee shall file a Motion to Dismiss due to non–payment with the Court and serve it on the debtor. The debtor shall have 21 days to be current on their payments. The Debtor's failure to make any payment by the due date may result in the dismissal of this case without any further hearing or notice other than the Motion to Dismiss.

    DONE AND ORDERED on June 10, 2005 .

_____
    Karen S. Jennemann
    United States Bankruptcy Judge