IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MARY BETTINA BAKRANIA

    Debtor(s).

                           CASE NO. 05-05500-KSJ
                           CHAPTER 13

_____/

## OBJECTION TO CONFIRMATION

    COMES NOW, CHASE HOME FINANCE, LLC, SUCCESSOR IN INTEREST TO CHASE MANHATTAN MORTGAGE CORPORATION F/K/A CHEMICAL RESIDENTIAL MORTGAGE CORPORATION, a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtor(s)' proposed Chapter 13 Plan. In support thereof, CHASE HOME FINANCE, LLC, SUCCESSOR IN INTEREST TO CHASE MANHATTAN MORTGAGE CORPORATION F/K/A CHEMICAL RESIDENTIAL MORTGAGE CORPORATION alleges the following:

    1.    The Debtor's plan does not provide for an arrearage, when in fact the arrearage is $9,406.43, pursuant to Movant's Proof of Claim.

    2.    The Debtor's plan reflects the mortgage payment as $100.00, when in fact the mortgage payment is $631.78, pursuant to Movant's Proof of Claim.

    WHEREFORE, CHASE HOME FINANCE, LLC, SUCCESSOR IN INTEREST TO CHASE MANHATTAN MORTGAGE CORPORATION F/K/A CHEMICAL RESIDENTIAL MORTGAGE CORPORATION prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

                           Echevarria & Associates, P.A.
                           P.O. Box 25018
                           Tampa, Florida  33622-5018
                           Phone  (813) 251-4766
                           Fax  (813) 251-1541

                         By:  /s/   CHRISTINE L. HERENDEEN
                              CHRISTINE L. HERENDEEN
                              FLORIDA BAR NO. 0094315
                              PEGGY MCNEW BALLWEG
                              FLORIDA BAR NO. 0153753

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on this 5th day of July, 2005.

MARY BETTINA BAKRANIA
2301 Water View Loop
Kissimmee, FL 34743

  I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on this 5th day of July, 2005.

Laurie K. Weatherford, Trustee
ECF Service
P.O. Box 3450
Winter Park, FL 32792

              Echevarria & Associates, P.A.
              P.O. Box 25018
              Tampa, Florida 33622-5018
              Phone (813) 251-4766
              Fax (813) 251-1541

              By: /s/ CHRISTINE L. HERENDEEN
                CHRISTINE L. HERENDEEN
                FLORIDA BAR NO. 0094315
                PEGGY MCNEW BALLWEG
                FLORIDA BAR NO. 0153753