**[6ord06a]** [ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                             Case No. 6:05–bk–05500–KSJ
                                                                                            Chapter 13

Mary Bettina Bakrania
2301 Water View Loop
Kissimmee, FL 34743


            Debtor(s)            /

ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE

   The debtor filed this Chapter 13 case on May 16, 2005. Pursuant to Fed. R. Bankr. P. 1006(b), the Court entered an order on May 17, 2005 (Document No. 6 ) permitting the debtor to pay the petition filing fees in installments. The debtor is presently delinquent in the payment of these installment payments. Accordingly, it is

   ORDERED:

   1. No later than September 6, 2005 , the debtor shall pay to the clerk the sum of $44.00 representing the entire balance of filing fees remaining unpaid. Personal checks will not be accepted from debtors – only money orders or cashier's check made payable to Clerk, U.S. Bankruptcy Court.

   2. Unless either the debtor pays the fee by that date or the debtor or a party in interest requests a hearing, the Court will enter an order striking the petition and dismissing this case without further notice or hearing.

   DONE AND ORDERED on August 16, 2005 .

                                                                                  _____
                                                                                  Karen S. Jennemann
                                                                                  United States Bankruptcy Judge