UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.  6-05-bk-05500-KSJ

In Re:

MARY B. BAKRANIA,

   Debtor(s).
_____/

**PRAECIPE FOR CONFIRMATION**

     Comes now the Trustee, and gives notice to the Court, the Debtor and Debtor(s) counsel, if any, of the following unresolved items which will delay confirmation and/or may result in the dismissal of the above-referenced case.  These items need to be cured immediately and are as follows:

     I.    **Claims:**   The following secured and/or priority claims are not provided for in the plan and/or are not paid in full:

        a.    The plan does not provide for the post petition mortgage payment to Chase; although the plan payments would provide for that payment.

     II.    **Best Interest of Creditors Test:**   The Trustee has reviewed the Debtor(s) schedules, Statement of Affairs and Chapter 13 Plan and has found that the following expenses may be unreasonable and/or unnecessary, and/or that the Debtor may not have reported all household income.

        N/A

     III.    **Financial Documents/Tax Returns/Pay Stubs:**   The Trustee's review of the file has found that the Debtor(s) has failed to provide copies of their 2002, 2003 and 2004 income tax return(s) as requested at the 341 Meeting of Creditors.   The Debtor(s) has failed to provide copies of recent pay stubs.

     IV.    **Liquidity Issues:**    N/A

     V.    **Plan Payments**:    The debtor(s) is delinquent in plan payments.

*Failure to satisfy these items will prevent this case from being confirmed and possibly lead to dismissal of this case.*

VI.  **Confirmation Hearings:**  The Trustee intends to either notice the confirmation hearing in this case and/or file a Motion to Dismiss Case for Failure to File a Confirmable Plan on **October 11, 2005**, a date 28 days after the claims bar date in this case.

>LAURIE K. WEATHERFORD
>Chapter 13 Standing Trustee
>
>BY:  /s/ Laurie K. Weatherford
>Laurie K. Weatherford, Trustee
>Samuel R. Pennington, Esq., Atty. for Trustee
>Fla. Bar No.:  0779326
>Post Office Box 3450
>Winter Park, Florida 32790-3450
>Telephone: (407) 648-8841
>Telecopy:  (407) 648-2665

Copies of this document were furnished by first class U.S. Mail or by electronic transmission to the parties listed below on the 18th day of August, 2005.

**Mary Bettina Bakrania**
2301 Water View Loop
Kissimmee, FL 34743