IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6-05-bk-055500-KSJ

In Re:

MARY B. BAKRANIA,

    Debtor(s).
_____/

### TRUSTEE'S NOTICE OF FILING SPREADSHEET TO PAY CLAIMS
### (Confirmation Hearing 11/8/05)

COMES NOW, the Trustee, Laurie K. Weatherford, and files with the Court the attached spreadsheet prepared by this office which pays the secured and priority claims filed in this case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing via United States Regular Mail or by electronic transmission to all parties on the attached matrix this 3rd day of October, 2005.

        LAURIE K. WEATHERFORD
        Chapter 13 Standing Trustee

BY: /s/ Laurie K. Weatherford
      Laurie K. Weatherford, Trustee
      Samuel R. Pennington, Esq., Atty. for Trustee
      Fla. Bar No.: 0779326
      Post Office Box 3450
      Winter Park, Florida 32790-3450
      Telephone: (407) 648-8841
      Telecopy:  (407) 648-2665

BAKRANIA    05-5500 J

| 14TH | | TEE @6% | CHASE | ARRS | GAP | CYPRESS LK | LAKEVIEW | |
|---|---|---|---|---|---|---|---|---|
| XXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | XXXXXXXXXX | XXXXXXXXX | XXXXXXXXX |
| Jul 2005 | 1 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Aug 2005 | 2 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Sep 2005 | 3 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Oct 2005 | 4 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Nov 2005 | 5 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Dec 2005 | 6 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Jan 2006 | 7 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Feb 2006 | 8 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Mar 2006 | 9 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Apr 2006 | 10 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| May 2006 | 11 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Jun 2006 | 12 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Jul 2006 | 13 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Aug 2006 | 14 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Sep 2006 | 15 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Oct 2006 | 16 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Nov 2006 | 17 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Dec 2006 | 18 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Jan 2007 | 19 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Feb 2007 | 20 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Mar 2007 | 21 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Apr 2007 | 22 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| May 2007 | 23 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Jun 2007 | 24 | $1,100.00 | $66.00 | $631.78 | $156.78 | $52.65 | $164.11 | $25.00 | $3.68 |
| Jul 2007 | 25 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Aug 2007 | 26 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Sep 2007 | 27 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Oct 2007 | 28 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Nov 2007 | 29 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Dec 2007 | 30 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Jan 2008 | 31 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Feb 2008 | 32 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Mar 2008 | 33 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Apr 2008 | 34 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| May 2008 | 35 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Jun 2008 | 36 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Jul 2008 | 37 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Aug 2008 | 38 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Sep 2008 | 39 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Oct 2008 | 40 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Nov 2008 | 41 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Dec 2008 | 42 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Jan 2009 | 43 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Feb 2009 | 44 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Mar 2009 | 45 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Apr 2009 | 46 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| May 2009 | 47 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Jun 2009 | 48 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Jul 2009 | 49 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Aug 2009 | 50 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Sep 2009 | 51 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Oct 2009 | 52 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Nov 2009 | 53 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Dec 2009 | 54 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Jan 2010 | 55 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Feb 2010 | 56 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Mar 2010 | 57 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Apr 2010 | 58 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| May 2010 | 59 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| Jun 2010 | 60 | $1,100.00 | $66.00 | $631.78 | $156.78 | | $164.11 | $25.00 | $56.33 |
| | | $66,000.00 | 3,960.00 | 37,906.80 | $9,406.80 | $1,263.60 | $9,846.60 | $1,500.00 | $2,116.20 |
| | | | | | | | | no claim | 98% |

Case 6:05-bk-05500-KSJ    Doc 27    Filed 10/03/05    Page 3 of 3

```
Label Matrix for USBC              Mary Bettina Bakrania            Robyn Severs Braun
Middle District of Florida         2301 Water View Loop             Taylor & Carls PA
Case 6:05-bk-05500-KSJ             Kissimmee, FL 34743              850 Concourse Parkway South
Mon Oct  3 14:52:14 EDT 2005                                        Suite 105
                                                                    Maitland, FL 32751


Chase Home Finance, LLC            Chase Manhattan Mortgage Corp    Cypress Lake Townhomes Assoc Inc
3415 Vision Drive Dept G7          3415 Vision Drive                c/o Taylor & Carls, P.A.
Columbus, OH 43219                 Columbus, OH 43219               850 Concourse Pkwy S Ste 105
                                                                    Maitland, FL 32751


Cypress Lakes Townhomes Inc        Florida Department of Revenue    Christine L. Herendeen
c/o Taylor and Carls               Bankruptcy Unit                  Echevarria, Codilis & Stawiarski
850 Concourse Pkwy South, Ste 105  Post Office Box 6668             Post Office Box 25018
Attn Robyn Braun                   Tallahassee, FL  32314-6668      Tampa, FL 33622
Maitland, FL 32751,  32751


Internal Revenue Service           Jefferson Capital Systems, LLC   Kissimmee Utility Authority
Special Procedures                 POB 23051                        1701 W Carroll Street
400 West Bay Street, Suite 35045   Columbus Ga 31902-3051           Kissimmee, FL 34747
Jacksonville, FL 32202-4437


Lakeside Estates Master Assoc      Osceola County Tax Collector     Laurie K Weatherford
c/o Arena Mgmt Group               Attn:  Patsy Heffner             Post Office Box 3450
101 Park Place Blvd                Post Office Box 422105           Winter Park, FL 32792
Kissimmee, FL 34741                Kissimmee, FL 34742-2105
```