```
            UNITED STATES BANKRUPTCY COURT
             MIDDLE DISTRICT OF FLORIDA
                  ORLANDO DIVISION
```

In a Chapter 13 Proceeding

Case No. 05-05500-J

MARY BAKRANIA AKA BETTINA BAKRANIA,

    Debtor.
_____/

<u>OBJECTION OF CREDITOR,
CYPRESS LAKE TOWNHOMES ASSOCIATION, INC.,
TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN</u>

    COMES NOW CREDITOR, CYPRESS LAKE TOWNHOMES ASSOCIATION, INC., (hereinafter referred to as "ASSOCIATION") by and through its undersigned attorneys, and files this objection to the Debtor's Chapter 13 Plan under Chapter 13 of the U. S. Bankruptcy Code filed in the above-captioned cause, and as grounds therefore would state as follows:

    1.    Creditor, Cypress Lake Townhomes Association, Inc. (hereinafter "Creditor") filed a Proof of Claim in this case on September 15, 2005.

    2.    Creditor has not been provided with a copy of the Amended Chapter 13 Plan.

    3.    Debtor is delinquent in paying the regular, monthly post-petition assessments that have become due from June 1, 2005 through October 1, 2005.

    WHEREFORE, ASSOCIATION requests this Court not to confirm the plan of Debtor as submitted.

_____
This is an attempt to collect a debt and any information obtained will be used for that purpose.

I HEREBY CERTIFY that a copy of the foregoing was either sent by automatic e-mail or regular mail pursuant to the Notice of Electronic Filing this the 13th day of October, 2005.

      /s/  Robyn Severs Braun
ROBYN SEVERS BRAUN, ESQ.
Florida Bar #154504
RICHARD M. COLN, ESQ.
Florida Bar #115370
Taylor & Carls, P.A.
850 Concourse Parkway South, #105
Maitland, Florida  32751
Attorneys for Creditor
Telephone: (407) 660-1040
Facsimile: (407) 660-9422

---

This is an attempt to collect a debt and any information obtained will be used for that purpose.