

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
January 18, 2006

HONORABLE KAREN S. JENNEMANN

COURTROOM B

CASE NUMBER: 05-05500-6J3

HEARING TIME: 10:15 A.M.

DEBTOR:MARY BETTINA BAKRANIA

Debtor atty: PRO SE
Trustee: LAURIE K WEATHERFORD

HEARING:

1) "CONFIRMATION HEARING"

CHAPTER 13 PLAN (DOC #14)

OBJECTION BY CHASE HOME FINANCE TO PLAN (DOC #22)

OBJECTION BY CYPRESS LAKE TOWNHOMES ASSOC INC. TO PLAN (DOC #29)

2) REQUEST BY DEBTOR FOR EXTENSION OF TIME TO COMPLY WITH PRAECIPE (DOC #30)

.

APPEARANCES:

LAURIE WEATHERFORD: TEE
LORNE DURKET: CHASE HOME MTG
DEBTOR

RULING:

1) CONFIRMED: ORDER BY TEE

2) MOOT