IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.:   6:05-bk-05500-KSJ

In re:

MARY B. BAKRANIA,

      Debtor(s).
_____/

## TRUSTEE'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Notice of Opportunity to Object and for Hearing

> Pursuant to Local Rule 2002-4 the Court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection within twenty (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Bankruptcy Court at 135 West Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Fl 32790 and a copy of the same on the Debtor, Mary B. Bakrania, 2301 Water View Loop, Kissimmee, FL 34743.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

COMES NOW the Chapter 13 Standing Bankruptcy Trustee, Laurie K. Weatherford, and files this Motion to Modify Order Confirming Chapter 13 Plan and, as grounds in support of this Motion, the following is stated:

1. The debtor filed a Petition under Title 11, Chapter 13 of the United States Code on May 16, 2005 and the Order Confirming Plan was entered on February 28, 2006.

2. The debtor has suffered recent financial difficulty and this motion is filed to allow the debtor to become current in her plan payments. The debtor wishes to modify her plan according to the payments and disbursements on Exhibit "A" attached hereto. The modification skips two (2) plan payments and makes up the skipped mortgage payments in the twelve (12) ensuing months. No creditors will be prejudiced by this modification.

3.      The Debtor would be current under the proposed modification with the next payment being due May 14, 2006 in the amount of $1,112.00 and continuing in the same amount through the completion of this case in June, 2010.

WHEREFORE, the Chapter 13 Standing Trustee, Laurie K. Weatherford, moves this Court for a modification of the Order Confirming Chapter 13 Plan as stated herein, and for such other relief as the Court deems appropriate.

Dated this the 21st day of April, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing Motion to Modify Order Confirming Chapter 13 Plan via United States Regular Mail, postage prepaid, all parties on the attached mailing matrix this 21st day of April, 2006.

LAURIE K. WEATHERFORD
Chapter 13 Standing Trustee

BY: /s/ Laurie K. Weatherford
    Laurie K. Weatherford, Trustee
    Samuel R. Pennington, Esq., Atty. for Trustee
    Fla. Bar No.: 0779326
    Post Office Box 3450
    Winter Park, Florida 32790-3450
    Telephone: (407) 648-8841
    Telecopy:  (407) 648-2665

|  | BAKRANIA | 05-5500 J | CHASE |  |  | CYPRESS | CYPRESS LAKES | LAKESIDE |  |
|---|---|---|---|---|---|---|---|---|---|
| 14TH | PYMT | TEE @6% | MTG | ARR | GAP | LAKES | POST-PET | HOA | UNSECURED |
| XXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXX |
| Jul 2005 1 | $967.68 | $58.06 | $631.78 |  | $21.06 |  | $256.78 |  | $0.00 |
| Aug 2005 2 | $967.68 | $58.06 | $631.78 |  | $21.06 |  | $256.78 |  | $0.00 |
| Sep 2005 3 | $967.68 | $58.06 | $631.78 |  | $21.06 | $50.09 | $198.63 | $7.59 | $0.47 |
| Oct 2005 4 | $967.68 | $58.06 | $631.78 |  | $21.06 | $87.00 | $162.19 | $7.59 | $0.00 |
| Nov 2005 5 | $900.00 | $54.00 | $631.78 | $148.49 | $21.06 | $23.10 | $13.62 | $7.59 | $0.36 |
| Dec 2005 6 | $1,062.48 | $63.75 | $631.78 | $162.19 | $21.06 | $176.11 |  | $7.59 | $0.00 |
| Jan 2006 7 | $1,062.48 | $63.75 | $631.78 | $162.19 | $21.06 | $176.11 |  | $7.59 | $0.00 |
| Feb 2006 8 | $1,062.48 | $63.75 | $631.78 | $162.19 | $21.06 | $176.11 |  | $7.59 | $0.00 |
| Mar 2006 9 | $203.84 | $12.23 |  |  |  | $191.61 |  |  | $0.00 |
| Apr 2006 10 | $0.00 | $0.00 |  |  |  |  |  |  | $0.00 |
| May 2006 11 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Jun 2006 12 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Jul 2006 13 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Aug 2006 14 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Sep 2006 15 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Oct 2006 16 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Nov 2006 17 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Dec 2006 18 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Jan 2007 19 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Feb 2007 20 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Mar 2007 21 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| Apr 2007 22 | $1,112.00 | $66.72 | $737.08 | $175.43 | $21.91 | $101.00 |  | $9.77 | $0.09 |
| May 2007 23 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jun 2007 24 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jul 2007 25 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Aug 2007 26 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Sep 2007 27 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Oct 2007 28 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Nov 2007 29 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Dec 2007 30 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jan 2008 31 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Feb 2008 32 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Mar 2008 33 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Apr 2008 34 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| May 2008 35 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jun 2008 36 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jul 2008 37 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Aug 2008 38 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Sep 2008 39 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Oct 2008 40 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Nov 2008 41 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Dec 2008 42 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jan 2009 43 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Feb 2009 44 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Mar 2009 45 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Apr 2009 46 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| May 2009 47 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jun 2009 48 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jul 2009 49 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Aug 2009 50 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Sep 2009 51 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Oct 2009 52 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Nov 2009 53 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Dec 2009 54 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jan 2010 55 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Feb 2010 56 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Mar 2010 57 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Apr 2010 58 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| May 2010 59 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
| Jun 2010 60 | $1,112.00 | $66.72 | $631.78 | $175.43 | $21.91 | $204.53 |  | $9.77 | $1.86 |
|  | $63,762.00 | 3,825.72 | $37,906.84 | $9,406.56 | $1,263.98 | $9,864.27 | $888.00 | $534.04 | 72.59 |
|  |  |  | CLM 003 | CLM 103 | CLM 203 | CLM 004 | CLM 304 | CLM 005 | U/S 0% |
|  |  |  |  | $9,406.43 | $1,263.56 | $9,864.24 | $888.00 | $533.83 |  |

Label Matrix for USBC
Middle District of Florida
Case 6:05-bk-05500-KSJ
Fri Apr 21 10:04:33 EDT 2006

Mary Bettina Bakrania
2301 Water View Loop
Kissimmee, FL 34743

Robyn Severs Braun
Taylor & Carls PA
850 Concourse Parkway South
Suite 105
Maitland, FL 32751

Chase Home Finance, LLC
3415 Vision Drive Dept G7
Columbus, OH 43219

Chase Manhattan Mortgage Corp
3415 Vision Drive
Columbus, OH 43219

Cypress Lake Townhomes Assoc Inc
c/o Taylor & Carls, P.A.
850 Concourse Pkwy S Ste 105
Maitland, FL 32751

Cypress Lakes Townhomes Inc
c/o Taylor and Carls
850 Concourse Pkwy South, Ste 105
Attn Robyn Braun
Maitland, FL 32751,  32751

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL  32314-6668

Christine L. Herendeen
Echevarria Codilis & Stawiarski
Post Office Box 25018
Tampa, FL 33622

Internal Revenue Service
Special Procedures
400 West Bay Street, Suite 35045
Jacksonville, FL 32202-4437

Jefferson Capital Systems, LLC
POB 23051
Columbus Ga 31902-3051

Kissimmee Utility Authority
1701 W Carroll Street
Kissimmee, FL 34747

Lakeside Estates Master HOA
c/o John DeMass
207 E. Livingston St.
Orlando, Fl 32801

Lakeside Estates Master Assoc
c/o Arena Mgmt Group
101 Park Place Blvd
Kissimmee, FL 34741

Osceola County Tax Collector
Attn:  Patsy Heffner
Post Office Box 422105
Kissimmee, FL 34742-2105

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32792