IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                      Case No. 6:05-bk-05500-KSJ

MARY BETTINA BAKRANIA,

    Debtor (s),
_____/

WITHDRAWAL OF MOTION TO DISMISS FOR FAILURE
To MAINTAIN TIMELY PLAN PAYMENTS

    Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed February 12, 2007, (Document No. 38)

    Dated this 22nd day of February, 2007.

                                                 /s/ Laurie K. Weatherford
                                                 Laurie K. Weatherford
                                                 Chapter 13 Trustee
                                                 Samuel R. Pennington, Esq.
                                                 Florida Bar N. 0779326
                                                 Post Office Box 3450
                                                 Winter Park, FL 32790-3450

I HEREBY CERTIFY, that a true and correct copy of the foregoing Withdrawal of Motion to Dismiss has been furnished by the United States mail or by electronic transmission to the parties listed below on the 22nd day of February, 2007.

Debtor: 2301 WATER VIEW LOOP, KISSIMMEE, FL 34743
Attorney for Debtor: PRO SE