UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

Mary Bettina Bakrania

Debtor

Case No:    6:05-bk-05500-KSJ
Chapter 13

## Motion to Dismiss for Failure to Maintain Timely Plan Payments

**Total Due $3,409.00**

**Notice of Opportunity to Object and for Hearing**

PURSUANT to Local Rule 2002-4, the Court will consider this motion, without further notice or hearing unless a party in interest files a response or objection within 21 days of the service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on:

**Debtor -** Mary Bettina Bakrania, 2301 Water View Loop, Kissimmee, FL  34743
**Trustee -** Laurie K. Weatherford, PO Box 3450, Winter Park, FL  32790

or pay the arrearage by forwarding the specified sum to the payment address at **Post Office Box 1103, Memphis, TN   38101-1103.**

If you file and serve a response or objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection or pay the arrearage within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the pleading without further notice and hearing, and may grant the relief requested.

COMES NOW Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee for the Middle District of Florida, Orlando Division, and shows:

1. The Debtor filed this Chapter 13 case on 05/16/2005.
2. Pursuant to 11 USC 1322 (a)(1) the Debtor was to file a plan which among other things provides for the submission of all or such portion of future earnings or other income of the

Debtor to the supervision and control of the Trustee as is necessary for the execution of the plan.

3. The Debtor has failed to submit the supervision and control of the Trustee funds necessary for a plan to be successful in this case.

4. That review of the Debtor Report of Receipts and of the Debtor individual payments for this case reflects the Debtor is delinquent in payments under the Chapter 13 Plan in the amount of $2,297.00 through June 05, 2007 and will be delinquent an additional payment of $1,112.00 which will come due on June 14, 2007 for a delinquency in the sum of $3,409.00 . Said total sum includes the next plan payment due under the Chapter 13 Plan which will become due and payable within the time frame allowed by the court for the Debtor to become current in the plan payments. A copy of the Trustee's Report of Receipts is attached hereto as **Exhibit "A"**

WHEREFORE, the Trustee moves this honorable court for an order dismissing this case unless the Debtor pays the entire arrearage as listed above the Chapter 13 Trustee on or before **June 26, 2007** by mailing said sum to the payment address at **Post Office Box 1103, Memphis, TN 38101-1103**, and granting such relief as the court may deem appropriate.

**Certificate of Service**

I HEREBY CERTIFY, that a true and correct copy of the foregoing Motion to Dismiss for Failure to Maintain Timely Plan Payments has been furnished by the United States mail or by electronic transmission to the parties listed below on the 5th day of June, 2007.
**Debtor -** Mary Bettina Bakrania, 2301 Water View Loop, Kissimmee, FL  34743

BY:  /S/  LAURIE K. WEATHERFORD
Laurie K Weatherford
Chapter 13 Trustee
Samuel R Pennington
Attorney for Trustee
FL Bar No. 0779326
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com

**Exhibit "A"**

| Receipt Date | Source | Amount | Receipt Date | Source | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/27/2005 | 6546 | $475.00 | 04/04/2007 | 1478 | $264.00 |
| 06/27/2005 | 7216 | $170.00 | 04/04/2007 | 1619 | $300.00 |
| 06/27/2005 | 6973 | $130.00 | 05/08/2007 | 8117 | $109.00 |
| 06/27/2005 | 6514 | $325.00 | | | |
| 08/30/2005 | 6286 | $460.00 | | | |
| 08/30/2005 | 6495 | $90.00 | | | |
| 09/08/2005 | 1425 | $450.00 | | | |
| 09/27/2005 | 4208 | $600.00 | | | |
| 09/27/2005 | 1289 | $267.00 | | | |
| 11/01/2005 | 3260 | $700.00 | | | |
| 11/01/2005 | 3780 | $200.00 | | | |
| 12/08/2005 | 5608 | $140.00 | | | |
| 12/08/2005 | 5987 | $950.00 | | | |
| 01/17/2006 | 7982 | $125.00 | | | |
| 01/17/2006 | 8855 | $130.00 | | | |
| 01/17/2006 | 8982 | $800.00 | | | |
| 01/17/2006 | 5618 | $1,000.00 | | | |
| 01/26/2006 | 4305 | $550.00 | | | |
| 01/26/2006 | 4100 | $600.00 | | | |
| 04/25/2006 | 2770 | $900.00 | | | |
| 04/25/2006 | 5971 | $500.00 | | | |
| 05/31/2006 | 5095 | $1,400.00 | | | |
| 07/25/2006 | 2380 | $500.00 | | | |
| 07/25/2006 | 2391 | $450.00 | | | |
| 09/07/2006 | 0699 | $299.00 | | | |
| 09/07/2006 | 4022 | $345.00 | | | |
| 09/13/2006 | 5520 | $75.00 | | | |
| 10/18/2006 | 6147 | $230.00 | | | |
| 10/18/2006 | 1892 | $425.00 | | | |
| 10/18/2006 | 1506 | $450.00 | | | |
| 11/08/2006 | 7748 | $1,500.00 | | | |
| 12/19/2006 | 8103 | $564.00 | | | |
| 12/19/2006 | 4036 | $260.00 | | | |
| 12/19/2006 | 9361 | $225.00 | | | |
| 01/17/2007 | 6052 | $245.00 | | | |
| 02/05/2007 | 1742 | $230.00 | | | |
| 02/05/2007 | 7726 | $150.00 | | | |
| 02/05/2007 | 4991 | $100.00 | | | |
| 02/05/2007 | 5236 | $300.00 | | | |
| 02/12/2007 | 9649 | $148.00 | | | |
| 02/13/2007 | 2428 | $70.00 | | | |
| 02/13/2007 | 7376 | $175.00 | | | |
| 02/22/2007 | 898 | $233.00 | | | |
| 02/22/2007 | 353 | $257.00 | | | |
| 03/01/2007 | 069 | $225.00 | | | |
| 03/01/2007 | 139 | $260.00 | | | |
| 04/04/2007 | 1640 | $500.00 | | | |
| 04/04/2007 | 1641 | $135.00 | | | |
| 04/04/2007 | 1109 | $335.00 | | | |