UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

Mary Bettina Bakrania

Debtor

Case No:    6:05-bk-05500-KSJ

Chapter 13

### Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments

THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Payments (Document No. 40). The Court, having found that the Debtor failed to become current under the Motion, finds that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. This case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Of the Debtor's $1,022.24 balance in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to secured creditors provided for in the Debtor's current plan, $0.00 attorney fees provided for in the Debtor's current plan, and $0.00 to the Trustee. The balance of $1,022.24 shall be turned over to the Debtor.

DONE and ORDERED in Orlando, Florida, this 11th day of July, 2007

Karen S. Jennemann
United States Bankruptcy Judge

Copies to:

All Creditors and Interested Parties

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-6          User: lmelanie              Page 1 of 1                  Date Rcvd: Jul 11, 2007
Case: 05-05500                Form ID: pdfdoc             Total Served: 15


The following entities were served by first class mail on Jul 13, 2007.
 db           +Mary Bettina Bakrania,    2301 Water View Loop,    Kissimmee, FL 34743-3501
 aty          +Christine L. Herendeen,    Echevarria Codilis & Stawiarski,    Post Office Box 25018,
                Tampa, FL 33622-5018
 aty          +Robyn Severs Braun,    Taylor & Carls PA,    850 Concourse Parkway South,    Suite 105,
                Maitland, FL 32751-6145
 tr           +Laurie K Weatherford,    Post Office Box 3450,    Winter Park, FL 32790-3450
 cr           +Cypress Lake Townhomes Assoc Inc,    c/o Taylor & Carls, P.A.,    850 Concourse Pkwy S Ste 105,
                Maitland, FL 32751-6145
11717919      +Chase Home Finance, LLC,    3415 Vision Drive Dept G7,    Columbus. OH 43219-6009
11559244      +Chase Manhattan Mortgage Corp,    3415 Vision Drive,    Columbus, OH 43219-6009
11559245      +Cypress Lakes Townhomes Inc,    c/o Taylor and Carls,    850 Concourse Pkwy South, Ste 105,
                Attn Robyn Braun,    Maitland, FL 32751-6145
11559248       Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
                Tallahassee, FL  32314-6668
11559249     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court:   Internal Revenue Service,    Special Procedures,
                400 West Bay Street, Suite 35045,    Jacksonville, FL 32202-4419)
11716418       Jefferson Capital Systems, LLC,    POB 23051,    Columbus Ga 31902-3051
11559246      +Kissimmee Utility Authority,    1701 W Carroll Street,    Kissimmee, FL 34741-6804
12818153      +Lakeside Estates Haster HOA,    c/o John DeMass,    207 E. Livingston St.,    Orlando, Fl 32801-1508
11559247      +Lakeside Estates Master Assoc,    c/o Arena Mgmt Group,    101 Park Place Blvd,
                Kissimmee, FL 34741-2370
11559250       Osceola County Tax Collector,    Attn:  Patsy Heffner,    Post Office Box 422105,
                Kissimmee, FL 34742-2105

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr            Chase Home Finance, LLC, SII to Chase Manhat
                                                                                                TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2007**                    **Signature:**  *Joseph Speetjens*