**United States Bankruptcy Court**
**for the**
**Middle District of Florida**
**Orlando Division**

**In Re:**

Mary Bettina Bakrania
2301 Water View Loop
Kissimmee, FL  34743

Case Filed on: May 16, 2005
Plan Confirmed on: February 28, 2006
Closed Date: July 11, 2007

**Case Number: 6:05-bk-05500-KSJ**

**Trustee's Final Report**
This case was Dismissed After Confirmation

Total funds received and disbursed pursuant to the plan:        $20,321.00 received        $20,321.00 disbursed

| Claim Nbr | Name of Claimant | Claimed by Creditor | Allowed by Court | To be Paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 000 | Mary Bettina Bakrania | $0.00 | $0.00 | $0.00 | $1,022.24 | $0.00 |
|  | **Total Debtor Refunds** | **$0.00** | **$0.00** | **$0.00** | **$1,022.24** | **$0.00** |
| AT | Pro Se | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | **Total Attorney Fees** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| 003 | Chase Manhattan Mortgage | $73,147.86 | $38,146.54 | $38,146.54 | $12,460.74 | $0.00 |
| 103 | Chase Manhattan Mortgage | $9,406.43 | $9,406.43 | $9,406.43 | $2,389.36 | $0.00 |
| 203 | Chase Manhattan Mortgage | $1,263.56 | $1,263.56 | $1,263.56 | $387.58 | $0.00 |
| 004 | Cypress Lakes Townhomes, Inc. | $7,377.38 | $9,846.24 | $9,846.24 | $1,890.13 | $0.00 |
| 304 | Cypress Lakes Townhomes, Inc. | $888.00 | $888.00 | $888.00 | $888.00 | $0.00 |
| 005 | Lakeside Estates Master Hoa | $400.00 | $533.83 | $533.83 | $143.24 | $0.00 |
|  | **Total Secured Creditors** | **$92,483.23** | **$60,084.60** | **$60,084.60** | **$18,159.05** | **$0.00** |
| 002 | Internal Revenue Service | $1,964.64 | $1,964.64 | $1,964.64 | $314.04 | $0.00 |
| 001 | Jefferson Capital Systems Llc | $191.07 | $191.07 | $191.07 | $30.54 | $0.00 |
|  | **Total Unsecured Creditors** | **$2,155.71** | **$2,155.71** | **$2,155.71** | **$344.58** | **$0.00** |

| | |
|---|---|
| Total Debtor Refunds | $1,022.24 |
| Total Attorney Fees | $0.00 |
| Total Secured Creditors | $18,159.05 |
| Total Unsecured Creditors | $344.58 |
| Other Trustee Admin | .00 |
| Trustee Allowance | $795.13 |
| Amount Compromised | .00 |
| **Total Funds Disbursed** | **$20,321.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total All** | **$62,240.31** | **$62,240.31** | **$19,525.87** | **$0.00** |

/S/ LAURIE K. WEATHERFORD
Laurie K. Weatherford, Trustee
Middle District of Florida
P.O. Box 3450
Winter Park, FL  32790
Phone: (407) 648-8841

6:05-bk-05500-KSJ

Final Report Dated :   November 29, 2007