**[623ord02a]** [ORDER APPROVING TRUSTEE'S REPORT AND DISCHARGING TRUSTEE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No. 6:05−bk−05500−KSJ
                                                Chapter 13

Mary Bettina Bakrania
2301 Water View Loop
Kissimmee, FL 34743

_____Debtor(s)_____/

ORDER APPROVING TRUSTEE'S FINAL REPORT, DISCHARGING TRUSTEE,
CANCELING BOND AND CLOSING ESTATE

   This case having been dismissed on July 11, 2007 (Document No. 41 ), it is thereupon,

   ORDERED:

   1. The report of the trustee, Laurie K Weatherford, is approved and allowed and the said estate be, and is hereby closed.

   2. The trustee, Laurie K Weatherford, is discharged and relieved of her/his trust; and the portion of the master bond of the trustee in this estate is canceled and the trustee is released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   All deficient pleadings that have not been cured are considered moot.

   DONE AND ORDERED on January 3, 2008 .

                                                _____
                                                Karen S. Jennemann
                                                United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-6          User: hrutha              Page 1 of 1              Date Rcvd: Jan 03, 2008
Case: 05-05500                Form ID: 623ord2a         Total Served: 2

The following entities were served by first class mail on Jan 05, 2008.
db           +Mary Bettina Bakrania,   2301 Water View Loop,   Kissimmee, FL 34743-3501
tr           +Laurie K Weatherford,   Post Office Box 3450,   Winter Park, FL 32790-3450

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2008**                    **Signature:**    *Joseph Speetjens*